IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01505-MSK-MJW

BARRY RICH and DEBORA RICH,

    Plaintiffs,

Vs.

NATIONAL CITY MORTGAGE COMPANY

    Defendant.

---

**ORDER RE: DEFENDANT'S MOTION FOR AN ORDER
ESTABLISHING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT TO
CORRESPOND WITH TIME PROVIDED UNDER RULE 12(a)(1)**
( Docket No 9 )

---

THIS MATTER comes before the Court on Defendant's Motion for an Order Establishing Deadline for Defendant to Respond to Complaint to Correspond with Time Provided Under Rule 12(a)(1).

THE COURT, having reviewed the Motion and being fully advised in the premises,

HEREBY ORDERS that Defendant's Motion for an Order Establishing Deadline for Defendant to Respond to Complaint to Correspond with Time Provided Under Rule 12(a)(1) is GRANTED. Defendant has to and including ~~September 17, 2010~~ August 20, 2010 to answer or otherwise respond to Plaintiff's Original Petition filed June 25, 2010.

FURTHER ORDERED that The Rule 16 Scheduling Conference is set on September 17, 2010 At 10:30 A.m. before Magistrate Judge Watanabe. See Docket No. 11.

DMEAST #12708381 v1

Dated this 21ST day of July 2010.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO