IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01505-MSK-MJW

BARRY RICH, and
DEBORA RICH,

Plaintiffs,

v.

NATIONAL CITY MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the pro se plaintiffs' Motion to Strike Defendants [sic] Motion for Establishing Deadline for Defendant Under Rule 12(A)(1) **(Docket No. 16)** is **denied as moot**. This court has entered an order granting the motion plaintiffs seek to strike. (See Docket No. 12 - Order filed July 21, 2010).

Date: July 27, 2010