IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 10-cv-01505-MSK

BARRY RICH, and
DEBORA RICH,

    Plaintiffs,

v.

NATIONAL CITY MORTGAGE COMPANY,

    Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE**

    THIS MATTER is before the Court on the Motion to Dismiss Without Prejudice **(#29)** filed September 14, 2010. The Court having reviewed the foregoing:

    **ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

    DATED this 14th day of September, 2010.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge